**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 28 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RONALD M. FELDMEIER, | No. 18-17199 |
| Plaintiff-Appellant, | D.C. No. 2:13-cv-02027-DGC |
| v. | |
| P. HAUSER, Case Manager, Corrections Corporation of America at La Palma Correctional Center, Eloy, AZ; R. WILLIAMS, Unit Manager, Corrections of America at La Palma Correctional Center, Eloy, AZ, | MEMORANDUM[*] |
| Defendants-Appellees, | |
| and | |
| UNKNOWN PARTIES, Unknown John Doe(s) Staffers (Unknown Emergency Call Box Staff - PM on 10/05/11) of the CCA at La Palma Correctional Center, | |
| Defendant. | |

Appeal from the United States District Court
for the District of Arizona
David G. Campbell, District Judge, Presiding

Submitted August 19, 2019[**]

_____

[*]      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Before:     SCHROEDER, PAEZ, and HURWITZ, Circuit Judges.

California state prisoner Ronald M. Feldmeier appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging a failure-to-protect claim. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir. 2004). We affirm.

The district court properly granted summary judgment because Feldmeier failed to raise a genuine dispute of material fact as to whether defendants failed to respond reasonably to the risk of harm to Feldmeier. *See Farmer v. Brennan*, 511 U.S. 825, 837, 844 (1994) (deliberate indifference requires that an official knows of and disregards an excessive risk to inmate health or safety, but "prison officials who actually knew of a substantial risk to inmate health or safety may be found free from liability if they responded reasonably to the risk, even if the harm ultimately was not averted").

**AFFIRMED.**

---

**    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

2                                                                    18-17199